1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WENDY MAGUIRE,

                Plaintiff,

        v.

ECO SCIENCE SOLUTIONS, INC., *et al.*,

                Defendants.

NO. C18-1301RSL

ORDER GRANTING PLAINTIFF'S
MOTION TO AMEND

      This matter comes before the Court on "Plaintiff's Motion for Leave to Amend the Complaint." Dkt. # 41. The motion was timely filed and defendants have not opposed the amendment. The motion is therefore GRANTED. Plaintiff shall, within seven days of the date of this Order, file her First Amended Complaint in substantially the form of Dkt. # 42-2.

      Dated this 30th day of October, 2019.

*MrS Casnik*

Robert S. Lasnik
United States District Judge

ORDER GRANTING PLAINTIFF'S
MOTION TO AMEND - 1