HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| WENDY MAGUIRE, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>ECO SCIENCE SOLUTIONS, INC., a Nevada corporation; GA-DU CORPORATION, a Nevada corporation, and MICHAEL ROUNTREE, an individual; L. JOHN LEWIS, an individual; DON TAYLOR, an individual; JEFFERY TAYLOR; an individual; and JOHN DOE, #1-5, individuals,<br><br>    Defendants. | NO. 2:18-CV-01301-RSL<br><br>PLAINTIFF'S FIRST AMENDED COMPLAINT<br><br>JURY DEMAND |

Plaintiff Wendy Maguire, through her attorneys of record, Cairncross & Hempelmann, P.S., by way of Complaint against Defendants ECO SCIENCE SOLUTIONS, INC., GA-DU CORPORATION, MICHAEL ROUNTREE, L. JOHN LEWIS, DON TAYLOR, JEFFERY TAYLOR, AND JOHN DOE, #1-5 (collectively, "Defendants"), alleges as follows:

**I.    PARTIES**

1. Plaintiff Wendy Maguire is, and at all times relevant to this Complaint was, a resident of King County, Washington.

PLAINTIFF'S FIRST AMENDED COMPLAINT - 1

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700   fax 206 587 2308

{03833891.DOCX;1 }

2. Defendant Eco Science Solutions, Inc. ("ESSI") is, and at all times relevant to this Complaint was, a Nevada for profit corporation, with its principal place of business in Hawaii, and actively engaged in and conducting business in Washington.

3. Defendant Ga-Du Corporation ("Ga-Du") is, and at all times relevant to this Complaint was, a Nevada for profit corporation, with its principal place of business in Salt Lake City, Utah, and actively engaged in and conducting business in Washington.

4. Defendant Michael Rountree is, and at all times relevant to this Complaint was, the Chief Operations Officer ("COO") of ESSI and oversees operations for ESSI's subsidiary, Ga-Du.  Upon information and belief, Defendant Rountree is a resident of Orange County, California.

5. Defendant L. John Lewis is, and at all times relevant to this Complaint was, the Chief Executive Officer ("CEO") of ESSI's subsidiary, Ga-Du.  Upon information and belief, Defendant Lewis is a resident of Salt Lake City, Utah.

6. Defendant Don Taylor is, and at all times relevant to this Complaint was, the Chief Financial Officer ("CFO") of ESSI.  Upon information and belief, Don Taylor is a resident of Haiku, Hawaii.

7. Defendant Jeffery Taylor is, and at all times relevant to this Complaint was, the CEO of ESSI.  Upon information and belief, Jeffery Taylor is a resident of Haiku, Hawaii.

8. Defendants John Doe, #1-5 are the unidentified corporate officers or agents of Defendants ESSI and/or Ga-Du Corporation who participated in the decision to unlawfully withhold Mrs. Maguire's salary.

PLAINTIFF'S FIRST AMENDED COMPLAINT - 2

{03833891.DOCX;1 }

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

## II.     JURISDICTION & VENUE

9. This Court has jurisdiction under 28 U.S.C. § 1331 (federal question jurisdiction) over the subject matter of Mrs. Maguire's FLSA claim because this claim arises under federal law.

10. This Court has supplemental jurisdiction under 28 U.S.C. § 1367(a) over the subject matter of Mrs. Maguire's state law claims because they arise under the same case or controversy as Mrs. Maguire's federal claim.

11. This Court also has jurisdiction under 28 U.S.C. § 1332 (diversity jurisdiction) over the subject matter of Mrs. Maguire's claims because the Parties are diverse and Mrs. Maguire's claims for damage exceed $75,000.

12. Venue is appropriate in this Court pursuant to 28 U.S.C. § 1391 *et seq.* because the events giving rise to the claims asserted occurred in King County, Washington, which is within the Western District of Washington, at Seattle.

13. Mrs. Maguire respectfully demands a trial by jury for her claims, pursuant to LCR 38(b).

## III.     FACTS

14. In or about April 2017, Mrs. Maguire co-founded a bank, Ga-Du, with her colleague Andrew Tucker and invited in two additional partners, Defendant L. John Lewis and Dante Jones.

15. Several months later, in June 2017, ESSI acquired Ga-Du, and Ga-Du Corporation became a wholly owned subsidiary of ESSI.

16. As part of that acquisition, ESSI agreed to hire several members of the Ga-Du management team as employees of the new company, including Mrs. Maguire and Mr. Tucker.

PLAINTIFF'S FIRST AMENDED COMPLAINT - 3

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

{03833891.DOCX;1 }

17. On June 21, 2017, Ga-Du and ESSI executed an Employment Agreement with Mrs. Maguire for Mrs. Maguire to serve as Ga-Du's Vice President of Business Development.

18. Pursuant to that Agreement, Maguire would be entitled to an annual salary of $120,000, in addition to stock options and other benefits.

19. Upon information and belief, Defendants knew at the time they offered Mrs. Maguire her Employment Agreement that they would not pay her salary until ESSI or Ga-Du began generating significant revenues. This fact was not disclosed to Mrs. Maguire.

20. Between June 2017 and December 2018, Mrs. Maguire worked on behalf of ESSI and Ga-Du to prepare various business plans for Ga-Du, generate business opportunities in the greater Seattle area for both Ga-Du and ESSI, and develop relationships with vendors and investors.

21. As of the date of filing this First Amended Complaint, neither ESSI nor Ga-Du have paid Mrs. Maguire her wages and she has not received any portion of her accrued annual salary.

22. Mrs. Maguire made several requests to the management members of both ESSI and Ga-Du that she receive her salary, including but not limited to, on one occasion in April 2018, in which Mrs. Maguire submitted a written request to Defendant Michael Rountree (ESSI's COO), Gannon Giguiere (one of ESSI's owners), and Mr. Tucker, expressing that she would pursue legal action if they continued to withhold her salary.

23. Despite Mrs. Maguire's repeated requests for compensation, ESSI and Ga-Du have willfully refused to pay Mrs. Maguire the wages she has earned and is entitled to receive.

PLAINTIFF'S FIRST AMENDED COMPLAINT - 4

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700   fax 206 587 2308

{03833891.DOCX;1 }

24. Upon information and belief, ESSI's COO and Ga-Du's CEO, Defendants Michael Rountree and L. John Lewis were the individuals primarily responsible for deciding to withhold Mrs. Maguire's wages.

25. Upon information and belief, ESSI's CEO and CFO, Defendants Jeffery Taylor and Don Taylor, also participated in the decision to withhold Mrs. Maguire's wages. According to sworn declarations submitted by both Defendants, signed on September 3, 2019, both Jeffery Taylor and Don Taylor directed Defendant Michael Rountree to deny Mrs. Maguire's requests for payment of her salary.

26. Upon information and belief, there are other corporate officers or agents of Defendants ESSI and Ga-Du who participated in the decision to withhold Mrs. Maguire's wages.

27. On August 15, 2018, Mrs. Maguire, by and through her undersigned counsel, wrote Defendants a Demand Letter, and provided Defendants with an early draft of this subject Complaint, demanding that she be paid her withheld wages and exemplary damages, so as to avoid litigation.

28. On August 24, 2018, Ga-Du's CEO, Defendant L. John Lewis, responded in writing that ESSI and Ga-Du would not timely pay Mrs. Maguire her wages, and that if Mrs. Maguire proceeded with a lawsuit against ESSI and Ga-Du, that the company would counterclaim against Mrs. Maguire for over $500,000 on legal claims that plainly lacked legal or factual merit.

29. Upon information and belief, Defendant Lewis stated these "counterclaims" with the express purpose of intimidating Mrs. Maguire and discouraging her from pursuing her rights under state and federal wage law.

PLAINTIFF'S FIRST AMENDED COMPLAINT - 5

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700   fax 206 587 2308

{03833891.DOCX;1 }

30. On August 31, 2018, Mrs. Maguire, by and through her undersigned counsel, filed this subject lawsuit.

31. Mrs. Maguire continued to work for ESSI and Ga-Du for several months after filing her Complaint.

32. Through October 2018, Mrs. Maguire continued to work for ESSI and Ga-Du. She received instructions from Defendant Jeffery Taylor to continue her business development efforts in Washington and Oregon on behalf of ESSI and Ga-Du.

33. However, a few days after receiving that direction, Mrs. Maguire was ejected from her Seattle office.

34. Mrs. Maguire asked Defendant Rountree whether she was being terminated.

35. Defendants Lewis and Rountree concluded together that they would respond that they were not aware of work Mrs. Maguire had started, and that, because she had filed a lawsuit against the companies for wages, none of the officers should communicate with Mrs. Maguire any further.

36. Defendant Rountree emailed Mrs. Maguire indicating that Defendants were unaware of any work she had started.

37. Eventually, Defendants stopped responding to Mrs. Maguire's communications altogether.

38. Mrs. Maguire attempted to continue performing her job, but having been stonewalled from ESSI's and Ga-Du's entire executive team, and having been removed from her Seattle office, Mrs. Maguire felt she had no alternative but to resign.

39. On December 12, 2018, Mrs. Maguire provided Defendants her notice of intent to resign.

PLAINTIFF'S FIRST AMENDED COMPLAINT - 6

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700   fax 206 587 2308

{03833891.DOCX;1 }

## IV.     FIRST CAUSE OF ACTION
## VIOLATION OF THE FLSA

40. Mrs. Maguire realleges paragraphs 1 through 39 as though fully restated herein.

41. Between June 2017 and December 2018, Defendants ESSI, Ga-Du, Michael Rountree, L. John Lewis, Don Taylor, Jeffery Taylor, and John Doe, #1-5, were employers of Mrs. Maguire under the FLSA.

42. Defendants agreed in June 2017 to pay Mrs. Maguire $120,000 a year for her employment as Ga-Du's Vice President of Business Development.

43. Defendants failed to pay Mrs. Maguire her wages for her work as an employee.

44. Defendants showed reckless disregard for the fact that their failure to pay Mrs. Maguire was in violation of the law.

45. Mrs. Maguire has been damaged as a result in an amount to be proven at trial and is also entitled to attorneys' fees and liquidated damages under the law.

## V.     SECOND CAUSE OF ACTION
## VIOLATION OF WASHINGTON MINIMUM WAGE AND WAGE REBATE ACTS

46. Mrs. Maguire realleges paragraphs 1 through 45 as though fully restated herein.

47. Between June 2017 and December 2018, Mrs. Maguire was employed by ESSI and Ga-Du, as defined under RCW chapter 49.46 (the Washington Minimum Wage Act or "MWA") and RCW chapter 49.52 (Washington's Wage Rebate Act).

48. Defendants agreed in June 2017 to pay Mrs. Maguire $120,000 a year for her employment as Ga-Du's Vice President of Business Development.

49. Defendants violated RCW 49.46.020 by failing to pay Mrs. Maguire any wages for her work as Ga-Du's Vice President of Business Development between June 2017 and December 2018.

PLAINTIFF'S FIRST AMENDED COMPLAINT - 7

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

{03833891.DOCX;1 }

50. Defendants violated RCW 49.46.030 by failing to pay Mrs. Maguire all her wages due at the time of her separation in December 2018.

51. Defendants Michael Rountree, L. John Lewis, Don Taylor, Jeffery Taylor, and John Doe, #1-5 were officers, and/or agents of ESSI and/or Ga-Du and individually participated in the decision to withhold Mrs. Maguire's wages.

52. Defendants' violations of RCW chapters 49.46 and 49.52 were willful and made with the intent to deprive Mrs. Maguire of wages and thus give rise to exemplary damages under RCW 49.52.050 and RCW 49.52.070.

53. Mrs. Maguire has been damaged as a result in an amount to be proven at trial and is also entitled to attorneys' fees and exemplary damages under the law.

## VI.  THIRD CAUSE OF ACTION
## UNLAWFUL RETALIATION

54. Mrs. Maguire realleges paragraphs 1 through 53 as though fully restated herein.

55. Mrs. Maguire attempted to exercise her rights under the FLSA and Washington's Minimum Wage and Wage Rebate Acts in August 2018, by advising ESSI and Ga-Du of her intention to bring a claim to recover the withheld wages.

56. Defendant Lewis retaliated against Mrs. Maguire by attempting to intimidate Mrs. Maguire with $500,000 of legally and factually specious "counterclaims," in violation of Section 15(a)(3) of the FLSA and RCW 51.48.025.

57. Additionally, Defendants further retaliated against Mrs. Maguire after she filed this subject lawsuit by ejecting Mrs. Maguire from her Seattle office and purposefully stonewalling her work, with the purpose of pressuring Mrs. Maguire to resign.

PLAINTIFF'S FIRST AMENDED COMPLAINT - 8

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

{03833891.DOCX;1 }

58.     As a result of Defendants' retaliatory conduct, Mrs. Maguire was forced to resign and was constructively discharged from her job.

59.     As a result of Defendant Lewis's unlawful conduct, Mrs. Maguire has been damaged in an amount to be proven at trial.

### VII.   FOURTH CAUSE OF ACTION
### BREACH OF CONTRACT

60.     Mrs. Maguire realleges paragraphs 1 through 59 as though fully restated herein.

61.     Mrs. Maguire executed an enforceable employment agreement with Ga-Du and its parent company, ESSI, in June 2017.

62.     Under the agreement, Ga-Du and ESSI promised to pay Mrs. Maguire an annual salary of $120,000 in exchange for her employment as Ga-Du's Vice President of Business Development.

63.     Ga-Du and ESSI's actions amount to a breach of contract.

64.     Mrs. Maguire has been damaged in an amount to be proven at trial.

### VIII.   FIFTH CAUSE OF ACTION
### IN THE ALTERNATIVE – UNJUST ENRICHMENT

65.     Mrs. Maguire realleges paragraphs 1 through 64 as though fully restated herein.

66.     Should the Court deny Mrs. Maguire's other claims for withheld wages and compensation, she is entitled to relief for unjust enrichment/quantum meruit against Defendants ESSI and Ga-Du.

67.     ESSI and Ga-Du received a benefit.

68.     ESSI and Ga-Du received the benefit at Mrs. Maguire's expense.

69.     The circumstances make it unjust for Defendants ESSI and Ga-Du to retain the benefit without payment.

PLAINTIFF'S FIRST AMENDED COMPLAINT - 9

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

{03833891.DOCX;1 }

70. Mrs. Maguire has been damaged as a result of ESSI and Ga-Du's receipt of the benefit of her work without compensation in an amount to be proven at trial.

### IX.   SIXTH CAUSE OF ACTION
### FRAUDULENT INDUCEMENT

71. Mrs. Maguire realleges paragraphs 1 through 70 as though fully restated herein.

72. Defendants knowingly misrepresented and concealed material facts from Plaintiff regarding their intention to indefinitely withhold Mrs. Maguire's wages, despite their obligations under the Employment Agreement to pay Mrs. Maguire an annual salary.

73. Plaintiff had the right to rely on and justifiably relied upon Defendants' statements that she would earn a steady annual salary as part of ESSI's acquisition of Ga-Du and as a part of her Employment Agreement.

74. But for Defendants' false statements, Plaintiff would have rejected ESSI's proposed acquisition of Ga-Du and the Employment Agreement offered to her.

75. As a direct and proximate result of Defendants' false statements, and in justifiable reliance upon Defendants' false statements, Mrs. Maguire has been damaged in an amount to be proven at trial.

### X.   PRAYER FOR RELIEF

WHEREFORE, Plaintiff Wendy Maguire prays for relief against Defendants as follows:

1. Enter judgment in favor of Mrs. Maguire, and against Defendants, in an amount to be proven at trial or other hearing;

2. Enter an Order that Defendants' conduct in failing to pay Mrs. Maguire was willful;

3. Award her reasonable attorneys' fees and expenses of litigation;

PLAINTIFF'S FIRST AMENDED COMPLAINT - 10

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700   fax 206 587 2308

{03833891.DOCX;1 }

4. Award her exemplary damages as permitted by law;

5. Award her prejudgment interest;

6. Permit her to amend her First Amended Complaint to conform to proof discovered prior to or offered at the time of trial or other hearing; and

7. For such further and additional relief as the Court deems just and equitable.

Dated this 4th day of November, 2019.

CAIRNCROSS & HEMPELMANN, P.S.

 s/Rochelle Y. Nelson
Alan D. Schuchman WSBA No. 45979
E-mail:  aschuchman@cairncross.com
Rochelle Y. Nelson WSBA No. 48175
E-mail:  rnelson@cairncross.com
524 Second Avenue, Suite 500
Seattle, WA  98104-2323
Telephone: (206) 587-0700
Facsimile: (206) 587-2308
Attorneys for Plaintiff Wendy Maguire

PLAINTIFF'S FIRST AMENDED COMPLAINT - 11

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

{03833891.DOCX;1 }

## Certificate of Service

I, Kelsey M. Doyle, certify under penalty of perjury of the laws of the State of Washington that on November 4, 2019, I electronically filed this document entitled Plaintiff's First Amended Complaint using the CM/ECF system which will send notification of such filing to all attorneys of record.

DATED this 4th day of November, 2019, at Seattle, Washington.

 s/Kelsey M. Doyle
Kelsey M. Doyle, Paralegal
CAIRNCROSS & HEMPELMANN, P.S.
524 Second Avenue, Suite 500
Seattle, WA  98104-2323
Telephone: (206) 254-4483
Facsimile: (206) 587-2308
E-mail: KDoyle@Cairncross.com

PLAINTIFF'S FIRST AMENDED COMPLAINT - 1

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

{03833891.DOCX;1 }