HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| WENDY MAGUIRE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ECO SCIENCE SOLUTIONS, INC., a Nevada corporation; GA-DU CORPORATION, a Nevada corporation, and MICHAEL ROUNTREE, an individual; L. JOHN LEWIS, an individual; DON TAYLOR, an individual; JEFFERY TAYLOR; an individual; and JOHN DOE, #1-5, individuals,<br><br>Defendants. | NO. 2:18-CV-01301-RSL<br><br>~~[PROPOSED]~~ ORDER GRANTING STIPULATED MOTION TO EXTEND DISCOVERY CUTOFF |

This Court has considered Plaintiff Wendy Maguire and Defendants Eco Science Solutions, Inc., Ga-Du Corporation, Michael Rountree, and L. John Lewis's (collectively, "the Stipulating Parties") Stipulated Motion to Extend Discovery Cutoff, and the records and pleadings on file. Having been fully advised in the matters, the Court **HEREBY ORDERS** that the Parties' Motion is **GRANTED** as follows:

A.  The Court **FINDS** that the Stipulating Parties have shown good cause to extend the discovery cutoff.

~~[PROPOSED]~~ ORDER GRANTING STIPULATED
MOTION TO EXTEND DISCOVERY CUTOFF - 1

{03872532.DOCX;1 }

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700   fax 206 587 2308

B. The Court **ORDERS** that the discovery cutoff in this matter be extended to January 15, 2020.

ORDERED this 27th day of November, 2019.

_____
THE HONORABLE ROBERT S. LASNIK

Presented by:

CAIRNCROSS & HEMPELMANN, P.S.

s/Rochelle Y. Nelson
Alan D. Schuchman WSBA No. 45979
E-mail: aschuchman@cairncross.com
Rochelle Y. Nelson WSBA No. 48175
E-mail: rnelson@cairncross.com
524 Second Avenue, Suite 500
Seattle, WA 98104-2323
Telephone: (206) 587-0700
Facsimile: (206) 587-2308
Attorneys for Plaintiff Wendy Maguire

CARNEY BADLEY SPELLMAN, P.S.

s/Linda B. Clapham
Lucinda J. Luke, WSBA No. 26783
E-mail: Luke@carneylaw.com
Linda B. Clapham, WSBA No. 16735
E-mail: Clapham@carneylaw.com
701 Fifth Avenue, Suite 3600
Seattle, WA 98104
Telephone: (206) 622-8020
Attorneys for Defendants

[PROPOSED] ORDER GRANTING STIPULATED
MOTION TO EXTEND DISCOVERY CUTOFF - 2

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700   fax 206 587 2308

{03872532.DOCX;1 }