Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| WENDY MAGUIRE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ECO SCIENCE SOLUTIONS, INC., a Nevada Corporation; GA-DU CORPORATION, a Nevada corporation, and MICHAEL ROUNTREE, an individual, and L. JOHN LEWIS, an individual; DON TAYLOR, an individual; JEFFREY TAYLOR; an individual; and JOHN DOE, #1-5, individuals,<br><br>Defendants. | NO. 2:18-cv-01301-RSL<br><br>~~PROPOSED~~ ORDER GRANTING MOTION FOR LIMITED APPEARANCE, OR, ALTERNTIVELY GRANTING MOTION TO WITHDRAW<br><br>**NOTE ON MOTION CALENDAR:**<br>**Friday, January 17, 2020** |

This motion comes before the Court on counsel for defendants Eco Science Solutions, Inc., Ga-Du Corporation, Michael Rountree and L. John Lewis (collectively "certain defendants") motion seeking to change their general appearances (Dkt. # 5 & 7) to that of a limited appearance in order to represent certain defendants for purposes of briefing and filing those certain defendants' motion for summary judgment and reply. Upon determination by the Court on certain defendants' motion for summary judgment, counsel for certain defendants' request that their representation cease without need for further motion. Based on the hardship represented in the declaration of counsel filed with this motion, the Court hereby GRANTS counsel's motion for limited appearance.

Alternatively, counsel for certain defendants request that they be permitted to withdraw as counsel effective as of the noting date of the motion to withdraw. Based on the hardship represented in

~~PROPOSED~~ ORDER GRANTING MOTION FOR LIMITED APPEARANCE, OR, ALTERNTIVELY GRANTING MOTION TO WITHDRAW – 1
(2:18-cv-01301-RSL)

CARNEY BADLEY SPELLMAN, P.S.
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

GAD004-0002 6070253

1 | the declaration of counsel filed with this motion, the Court hereby GRANTS the motion to withdraw
2 | effective as of January 17, 2020.
3 | Done this 21st day of ~~December, 2019~~ Jan., 2020.

*(RSL)*

*/s/ Lasnik/*
Honorable Robert S. Lasnik
United States District Judge

Presented by:

CARNEY BADLEY SPELLMAN, PS

   *s/ Linda B. Clapham*
Lucinda J. Luke, WSBA No. 26783
Linda B. Clapham, WSBA No. 16735
701 Fifth Avenue, Suite 3600
Seattle, WA 98104
Phone: (206) 622-8020
Facsimile: (206) 467-8215
Luke@carneylaw.com
Clapham@carneylaw.com
*Attorneys for Defendants Eco Science Solutions, Inc., Ga-Du Corporation, Michael Rountree and L. John Lewis*

PROPOSED ORDER GRANTING MOTION FOR LIMITED APPEARANCE, OR, ALTERNTIVELY GRANTING MOTION TO WITHDRAW – 2
(2:18-cv-01301-RSL)

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

GAD004-0002 6070253