UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WENDY MAGUIRE,

    Plaintiff,

v.

ECO SCIENCE SOLUTIONS, INC., *et al.*,

    Defendants.

NO. C18-1301RSL

ORDER TO SHOW CAUSE

On January 21, 2020, the Court allowed defense counsel to withdraw their general appearances on behalf of four of the named defendants and to enter a limited appearance solely for the purpose of filing and supporting the dispositive motion docketed at # 69. Pursuant to the existing case management schedule (Dkt. # 27) and the local rules of this district (LCR 16(h)-(k)), the parties will soon be required to exchange their pretrial statements, file motions in limine, and confer regarding a pretrial order. Given that defendants – including two corporate entities – are unrepresented for those purposes, the parties are hereby ORDERED to SHOW CAUSE within seven days of the date of this Order why the remaining case management deadlines in this case should not be STRICKEN and reset once the Court has resolved the outstanding summary judgment motions.

ORDER TO SHOW CAUSE - 1

The Clerk of Court is directed to note this Order to Show Cause on the Court's calendar for January 31, 2020.

Dated this 23rd day of January, 2020.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE - 2