Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| WENDY MAGUIRE, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>ECO SCIENCE SOLUTIONS, INC., a Nevada Corporation; GA-DU CORPORATION, a Nevada corporation, and MICHAEL ROUNTREE, an individual, and L. JOHN LEWIS, an individual; DON TAYLOR, an individual; JEFFREY TAYLOR; an individual; and JOHN DOE, #1-5, individuals,<br><br>    Defendants. | NO. 2:18-cv-01301-RSL<br><br>STIPULATION AND ORDER CHANGING CASE MANAGEMENT DEADLINES AND TRIAL DATE<br><br>**NOTE ON MOTION CALENDAR:**<br>**January 31, 2020** |

## I.   STIPULATION

Plaintiff Wendy Maguire and Defendants Eco Science Solutions, Inc., Ga-Du Corporation, Michael Rountree and L. John Lewis, (collectively "the moving parties") by and through their undersigned counsel of record, hereby agree and stipulate as follows:

1.   On January 23, 2020, this Court entered an Order to Show Cause (Dkt. #74) why the remaining case management deadlines in this case should not be stricken and reset once the Court has resolved the outstanding summary judgment motions.

---

STIPULATION AND ORDER CHANGING CASE MANAGEMENT
DEADLINES AND TRIAL DATE – 1
(2:18-cv-01301-RSL)

GAD004-0002 6115911

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

2. The moving parties agree that the remaining case management deadlines and trial date in this case should be stricken and reset once the Court has resolved the outstanding summary judgment motions.

| CARNEY BADLEY SPELLMAN, PS | CAIRNCROSS & HEMPELMANN PS |
|---|---|
| s/ Linda B. Clapham<br>Lucinda J. Luke, WSBA No. 26783<br>Linda B. Clapham, WSBA No. 16735<br>701 Fifth Avenue, Suite 3600<br>Seattle, WA 98104<br>Phone: (206) 622-8020<br>Facsimile: (206) 467-8215<br>Luke@carneylaw.com<br>Clapham@carneylaw.com<br>*Attorneys for Defendants Eco Science Solutions, Inc., Ga-Du Corporation, Michael Rountree and L. John Lewis* | s/ Rochelle Y. Nelson<br>Alan D. Schuchman, WSBA No. 48175<br>Rochelle Y. Nelson, WSBA No. 45979<br>524 Second Avenue, Suite 500<br>Seattle WA 98104-2323<br>Tel: (206) 587-0700<br>rnelson@cairncross.com<br>aschuchman@cairncross.com<br>kdoyle@cairncross.com<br>*Attorneys for Plaintiffs* |

## II. ORDER

Based on the foregoing Stipulation of the Moving Parties, it is hereby ORDERED that the remaining case management deadlines and trial date in this case are hereby stricken and will be reset once the Court has resolved the outstanding summary judgment motions.

Done this 31st day of January, 2020.

_____
Honorable Robert S. Lasnik
United States District Judge

STIPULATION AND ORDER CHANGING CASE MANAGEMENT
DEADLINES AND TRIAL DATE – 2
(2:18-cv-01301-RSL)

CARNEY BADLEY SPELLMAN, P.S.
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

GAD004-0002 6115911