Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

WENDY MAGUIRE, an individual,

    Plaintiff,

v.

ECO SCIENCE SOLUTIONS, INC., a Nevada Corporation; GA-DU CORPORATION, a Nevada corporation, and MICHAEL ROUNTREE, an individual, and L. JOHN LEWIS, an individual; DON TAYLOR, an individual; JEFFREY TAYLOR; an individual; and JOHN DOE, #1-5, individuals,

    Defendants.

NO. 2:18-cv-01301-RSL

ORDER GRANTING INDIVIDUAL DEFENDANTS' **UNOPPOSED** MOTION TO SUPPLEMENT RECORD IN SUPPORT OF INDIVIDUAL DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (PERSONAL LIABILITY OF ROUNTREE AND LEWIS)(Dkt. # 69 and 82) and IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (Dkt. # 76)

    This motion comes before the Court on Individual Defendants' Unopposed Motion To Supplement Record In Support Of Individual Defendants' Motion For Summary Judgment (Personal Liability Of Rountree And Lewis) (Dkt. # 69 and 82) and in Opposition To Plaintiff's Motion For Summary Judgment (Dkt. # 76).

    It is hereby ORDERED that the unopposed motion is GRANTED.

    Dated this 7th day of May, 2020.

*/s/ Robert S. Lasnik*
Honorable Robert S. Lasnik
United States District Judge

ORDER

CARNEY BADLEY SPELLMAN, P.S.
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020