HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| WENDY MAGUIRE, an individual,<br><br>    Plaintiff,<br><br> v.<br><br>ECO SCIENCE SOLUTIONS, INC., a Nevada corporation; GA-DU CORPORATION, a Nevada corporation, and MICHAEL ROUNTREE, an individual; L. JOHN LEWIS, an individual; DON TAYLOR, an individual; JEFFERY TAYLOR; an individual; and JOHN DOE, #1-5, individuals,<br><br>    Defendants. | NO. 2:18-CV-01301-RSL<br><br>ORDER DIRECTING CLERK TO ENTER PARTIAL JUDGMENT AGAINST DEFENDANTS ECO SCIENCE SOLUTIONS, INC., GA-DU CORPORATION, AND MICHAEL ROUNTREE, JOINTLY AND SEVERALLY |

## SUMMARY OF JUDGMENT

1. Judgment Creditor:    Wendy Maguire

2. Attorneys for Judgment Creditor:  Rochelle Nelson and Alan Schuchman of Cairncross & Hempelmann, P.S.
    524 Second Avenue, Suite 500
    Seattle, WA 98104
    (206) 587 0700

3. Judgment Debtors:    Eco Science Solutions, Inc., Ga-Du

Case 2:18-cv-01301-RSL   Document 97   Filed 07/13/20   Page 2 of 3

|   |   |   |
|---|---|---|
|   |   | Corporation, and Michael Rountree, Jointly and Severally |
| 4. | Principal Amount of Judgment: | $480,000.00 |
| 5. | Reasonable Attorneys' Fees and Costs: | Separate Fee Petition to be Filed within 14 Days |
| 6. | Prejudgment Interest on $240,000 from July 1, 2017 through July 13, 2020 at 12% per per annum: | $59,864.17 |
| 7. | Post-Judgment Interest Rate: | 12% |
| **10.** | **Total (as of date of Entry of Judgment):** | **$539,864.17** |

## ORDER AND JUDGMENT

On August 22, 2019, April 15, 2020, and May 13, 2020, this Court entered Orders granting partial summary judgment in favor of Plaintiff Wendy Maguire and against Defendants Eco Science Solutions, Inc., Ga-Du Corporation, and Michael Rountree, (collectively the "Liable Defendants").[1] *See* Dkt. ## 32, 86, and 91 (the "Orders"). The Court incorporates the Orders herein by reference. On June 18, 2020, Plaintiff moved to enter judgment against the Liable Defendants consistent with the partial summary judgment relief granted in the Court's Orders.

Having reviewed the Plaintiff's Motion for Entry of Final Partial Judgment or for Voluntary Dismissal of Remaining Claims and Entry of Final Judgment; the supporting Declaration of Rochelle Nelson (together with the attached Exhibit A); and Plaintiff's Reply in Support of Entry of Partial Final Judgment, the Court hereby

---

[1] While the Court entered its Orders against Defendant L. John Lewis as well, Mrs. Maguire has since reached a tentative settlement with Mr. Lewis, and accordingly, Defendant Lewis is not included as a debtor in this Judgment.

**FINDS** that the Liable Defendants are jointly and severally liable to Plaintiff Wendy Maguire for $240,000.00 in wages and an additional $240,000.00 in exemplary damages, totaling $480,000.00, plus prejudgment interest as set forth above. The Court further

**FINDS** that there is no just reason to delay the entry of judgment as to these claims and against these Liable Defendants in the above-specified amounts.  It is, therefore,

**ORDERED** that the Clerk of Court enter judgment in favor of plaintiff Wendy Maguire and against the Liable Defendants, jointly and severally, in the amounts set forth above.  It is further

**ORDERED** that Plaintiff Wendy Maguire shall submit a motion for her reasonable attorneys' fees and costs incurred to date within 14 days of this Order and Judgment.  And, finally, it is further

**ORDERED** that 12% post-judgment interest shall begin to accrue on the Total Judgment amount (**$539,864.17**) beginning on the date this Judgment is entered at the rate of 12% per annum.  This post-judgment interest is awarded against the Liable Defendants jointly and severally.

Dated this 13th day of July, 2020.

*/s/ Robert S. Lasnik*
Honorable Robert S. Lasnik
United States District Judge