UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| WENDY MAGUIRE, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ECO SCIENCE SOLUTIONS, INC., a Nevada corporation; GA-DU CORPORATION, a Nevada corporation, and MICHAEL ROUNTREE, an individual; L. JOHN LEWIS, an individual; DON TAYLOR, an individual; JEFFERY TAYLOR; an individual; and JOHN DOE, #1-5, individuals,<br><br>　　　　　　Defendants. | NO. 2:18-CV-01301-RSL<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS |

This Court has considered Plaintiff Wendy Maguire's "Motion for Attorneys' Fees and Costs." Dkt. # 99. The motion was served on defendants at the addresses provided by defense counsel when they withdrew (as well as on defendants' former counsel), but no opposition was

ORDER GRANTING PLAINTIFF'S MOTION FOR
ATTORNEY'S FEES AND COSTS - 1

filed. Having reviewed the motion, declaration, and billing records submitted along with the remainder of the record, the Court finds as follows:

1. The number of hours expended by plaintiff's attorneys is reasonable, and the Declaration of Rochelle Nelson and billing records adequately detail the number of hours worked, the type of work performed, and who performed the work.

2. The hourly rates charged by plaintiff's attorneys are reasonable and commensurate with the rates of similarly experienced attorneys in the area.

3. The lodestar method for determining the amount of an award of attorney's fees and costs supports an award of $113,702.00 in attorney's fees and $2,688.05 in costs, incurred through July 22, 2020, and that this amount is reasonable in relation to the results obtained.

4. The lodestar calculation of the fees in this matter does not adequately account for the contingent nature of the fee arrangement in this case, involving a lengthy delay in payment, a risk that plaintiff might not prevail in the litigation, and the substantial risk that plaintiff may not be able to collect against the named defendants even when judgment has been entered in her favor. A lodestar multiplier of 1.75 is appropriate.

For all of the foregoing reasons, plaintiff's motion for an award of attorney's fees and costs incurred through July 22, 2020, in the amount of $201,666.55 is GRANTED.

Dated this 13th day of August, 2020.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING PLAINTIFF'S MOTION FOR
ATTORNEYS' FEES AND COSTS - 2