UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| WENDY MAGUIRE,<br><br>          Plaintiff,<br><br>    v.<br><br>ECO SCIENCE SOLUTIONS, INC., GA-DU CORPORATION, MICHAEL ROUNTREE, L. JOHN LEWIS, DON TAYLOR, JEFFERY TAYLOR, and JOHN DOE, #1-5,<br><br>          Defendants. | CAUSE NO. C18-1301RSL<br><br>ORDER DIRECTING CLERK TO ENTER AMENDED PARTIAL JUDGMENT |

**SUMMARY OF JUDGMENT**

1. Judgment Creditor:        Wendy Maguire

2. Attorneys for Judgment Creditor:    Rochelle Nelson and Alan Schuchman of Cairncross & Hempelmann, P.S.
524 Second Avenue, Suite 500
Seattle, WA 98104
(206) 587-0700

3. Judgment Debtors:        Eco Science Solutions, Inc., Ga-Du Corporation, Michael Rountree, Don Taylor, and Jeffery Taylor, Jointly and Severally

4. Principal Amount of Judgment:    $480,000.00

5. Reasonable Attorney's Fees
   And Costs:                                            $201,666.55

6. Prejudgment Interest on
   $240,000 from July 1, 2017 through
   September 14, 2020 at 12% per
   per annum:                                            $64,835.15

7. Post-Judgment Interest Rate:       12%

8. **Total:**                                           **$746,501.40**

## ORDER AND JUDGMENT

On August 22, 2019, April 15, 2020, and May 13, 2020, this Court entered orders granting partial summary judgment in favor of plaintiff Wendy Maguire and against defendants Eco Science Solutions, Inc., Ga-Du Corporation, and Michael Rountree.[1] *See* Dkt. ## 32, 86, and 91 (the "Orders"). The Court entered partial judgment against these four defendants on July 13, 2020. Dkt. # 98. Following the entry of partial judgment, the Court awarded plaintiff $201,666.55 in attorney's fees and costs (Dkt. # 101), and the Clerk of Court entered a default against defendants Don Taylor and Jeffrey Taylor (Dkt. # 106). On September 14, 2020, plaintiff moved to amend the judgment consistent with the above orders, which the Court incorporates by reference.

Having reviewed the "Plaintiff's Motion for Entry of Revised Final Partial Judgment" (Dkt. # 107) and the supporting Declaration of Rochelle Nelson (together with the attached Exhibit A), the Court hereby **FINDS** that defendants Eco Science Solutions, Inc., Ga-Du Corporation, Michael Rountree, Don Taylor, and Jeffrey Taylor are jointly and severally liable to plaintiff Wendy Maguire for $240,000.00 in wages, an additional $240,000.00 in exemplary

---

[1] While the Court entered its Orders against Defendant L. John Lewis as well, Mrs. Maguire has since reached a tentative settlement with Mr. Lewis, and accordingly, Defendant Lewis is not included as a debtor in this Judgment.

damages, and $201,666.55 in attorney's fees and costs, plus prejudgment interest as set forth above. The Court further

**FINDS** that there is no just reason to delay the entry of a revised judgment as to these claims and against these defendants in the above-specified amounts. It is, therefore,

**ORDERED** that the Clerk of Court enter a revised judgment in favor of plaintiff Wendy Maguire and against defendants Eco Science Solutions, Inc., Ga-Du Corporation, Michael Rountree, Don Taylor, and Jeffrey Taylor, jointly and severally, in the amounts set forth above. It is further

**ORDERED** that 12% post-judgment interest shall begin to accrue on the total judgment amount (**$746,501.40**) beginning on September 15, 2020, at the rate of 12% per annum. This post-judgment interest is awarded against the defendants jointly and severally.

Dated this 15th day of September, 2020.

*/s/ Robert S. Lasnik*
Honorable Robert S. Lasnik
United States District Judge