UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WENDY MAGUIRE, <br><br> Plaintiff, <br><br> v. <br><br> ECO SCIENCE SOLUTIONS, INC., *et al.*, <br><br> Defendants. | NO. C18-1301RSL <br><br> ORDER DENYING MOTION FOR EXTENSION OF TIME |

Defendant Michael Rountree seeks to extend the time in which he has to respond to a pending motion, but he filed his request the day after his motion was due. *See* LCR 7(d)(3). Good cause has not been shown for the extension, nor has defendant justified the delay in requesting relief from the deadline.

The Court would like defendant's input on the bond issue, however. The Clerk of Court is therefore directed to renote the underlying motion for appeal bond (Dkt. # 114) on the Court's calendar for Friday, January 22, 2021. Defendant's response, if any, is due on or before Monday, January 18, 2021.

Dated this 13th day of January, 2021.

Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION FOR
EXTENSION OF TIME - 1