UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| WENDY MAGUIRE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ECO SCIENCE SOLUTIONS, INC., a Nevada Corporation; GA-DU CORPORATION, a Nevada corporation, and MICHAEL ROUNTREE, an individual, and L. JOHN LEWIS, an individual; DON TAYLOR, an individual; JEFFREY TAYLOR; an individual; and JOHN DOE, #1-5, individuals,<br><br>Defendants. | NO. 2:18-cv-01301-RSL<br><br>ORDER OF DEPOSIT |

**ORDER FOR DEPOSIT OF FUNDS INTO REGISTRY OF COURT**

On the application of defendant Michael Rountree, it is hereby **ORDERED** that the sum of $1,500.00 (one thousand five hundred dollars) be deposited with the Clerk of the Court on February 5, 2021, as security for costs on appeal, pursuant to Order Granting in Part Motion for Appeal Bond (Dkt. # 126). The Clerk of Court shall deposit said funds, as required by Rule 67(a) of the Federal Rules of Civil Procedure, with the Registry of the Court.

Dated this 4th day of February, 2021.

Robert S. Lasnik
United States District Judge

ORDER OF DEPOSIT – 1
(2:18-cv-01301-RSL)

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020