# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| WENDY MAGUIRE, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ECO SCIENCE SOLUTIONS, INC., a Nevada Corporation; GA-DU CORPORATION, a Nevada corporation, and MICHAEL ROUNTREE, an individual, and L. JOHN LEWIS, an individual; DON TAYLOR, an individual; JEFFREY TAYLOR; an individual; and JOHN DOE, #1-5, individuals,<br><br>　　　　　　　Defendants. | NO. 2:18-cv-01301-RSL<br><br>ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL OF FUNDS. |

On February 5, 2021, pursuant to Order of Deposit (Dkt. # 128), defendant Michael Rountree deposited $1,500.00 into the Court's registry as security for costs on appeal. The appeal has been dismissed, and the clerk is hereby authorized and directed to draw a check on the funds deposited in the registry in the principal amount of $1,500.00 plus all accrued interest, minus any statutory users fees, payable to Michael Rountree, and mail or deliver the check to Michael Rountree, c/o Linda B. Clapham at Carney Badley Spellman; 701 Fifth Ave.; Suite 3600; Seattle, WA  98104. Pursuant to LCR 67(b), defendant shall contact the Clerk of Court and provide his mailing address, email address, and Social Security Number (this information is not to be filed in the record of this matter).

DATED: March 15, 2021

　　　　　　　　　　　　　　　　　　　/s/ Robert S. Lasnik
　　　　　　　　　　　　　　　　　　　Honorable Robert S. Lasnik
　　　　　　　　　　　　　　　　　　　United States District Judge