UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WENDY MAGUIRE,<br><br>             Plaintiff,<br><br>     v.<br><br>ECO SCIENCE SOLUTIONS, INC., *et al.*,<br><br>             Defendants. | Cause No. C18-1301RSL<br><br>ORDER DIRECTING ENTRY OF<br>SECOND AMENDED JUDGMENT |

      This matter comes before the Court on "Defendant Michael Rountree's CR 60 Motion to Correct the Post-Judgment Interest Rate in the Partial Judgment (Dkt. # 97) and the Amended Partial Judgment (Dkt. # 109)." Dkt. # 132. The motion is GRANTED. Plaintiff proposed, and the Court erroneously adopted, a post-judgment interest rate that is contrary to law. The Clerk of Court is directed to enter a Second Amended Judgment specifying a post-judgment interest rate of 0.15%. Plaintiff's request for additional amendments was improperly raised in an opposition memoranda, was not properly noted, and has not been considered.

      Dated this 29th day of March, 2021.

                                            /s/ Robert S. Lasnik
                                            Robert S. Lasnik
                                            United States District Judge

ORDER DIRECTING ENTRY OF
SECOND AMENDED JUDGMENT - 1