United States District Court
WESTERN DISTRICT OF WASHINGTON

WENDY MAGUIRE,

SECOND AMENDED PARTIAL JUDGMENT IN A CIVIL CASE

v.

ECO SCIENCE SOLUTIONS, INC.,
*et al.*

CASE NUMBER: C18-1301RSL

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

This second amended judgment is entered in favor of plaintiff Wendy Maguire and against Eco Science Solutions, Inc, Ga-Du Corporation, Michael Rountree, Don Taylor, and Jeffery Taylor to correct an error in the post-judgment interest rate. Defendants are jointly and severally liable to plaintiff Wendy Maguire for $240,000.00 in wages, an additional $240,000.00 in exemplary damages, $201,666.55 in attorney's fees and costs, and prejudgment interest on $240,000.00 from July 1, 2017 through September 14, 2020 at 12% per annum in the amount of $64,835.15. Post-judgment interest began to accrue on the total judgment amount ($746,501.70) on 9/15/2020, at the rate of 0.15% per annum. Post-judgment interest is awarded against the defendants jointly and severally.

March 29, 2021

William M. McCool
Clerk

/s/Laura Hobbs
By, Deputy Clerk